## Johnston *versus* Beckham.

*A deposition is not to be excluded on the account of erasures and interlineations, unless there arises some ground to suppose that it has been unfairly tampered with.*

ERROR to the District Court of *Philadelphia.*
Assumpsit.

*F. C. Brewster*, for plaintiff in error.

The opinion of the court was delivered March 28th, 1859, by

THOMPSON, J.—The first assignment of error is to the admission by the court below of the deposition of William B. Ross, taken on a commission issued by the District Court, directed to commissioners named by the respective parties to the suit, and executed at Warrenton, Fauquier County, Virginia.

The first objection to the deposition was, that there were many erasures and interlineations in it not noted by the commissioners. But to this it is answered, and very *conclusively*, that the deposition shows that both parties were present at the taking of the testimony—that by agreement they waived separate answers to many of the interrogatories, and agreed upon the times of adjournments and meetings. And the commissioners certify, in closing the testimony, that the parties were personally before them, and "severally gave their consent to what was done and the manner in which it was done."

Commissioners are the officers of the court in taking testimony; and although it might be satisfactory to note interlineations and erasures in material matters, yet it is seldom done in practice; and as the presumption is that all has been done fairly and honestly, a deposition will not be excluded on account of such an objection, unless there arises some ground to suppose that it has been unfairly tampered with. Nothing of that kind was alleged here; and if we were to sustain the objection on the ground simply of erasures and interlineations, it would be difficult to find a case in which testimony so taken could be read. This error is not sustained.

Judgment affirmed.